UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

STRIKE 3 HOLDINGS, LLC, a
limited liability company,

      Plaintiff,

v.                                        Case No. 3:21-cv-1177-BJD-MCR

JOHN DOE SUBSCRIBER
ASSIGNED IP ADDRESS
71.203.141.86, an individual,

      Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice of John Doe (Doc. 10; Notice) filed on February 2, 2022. In the Notice, Plaintiff voluntarily dismisses the claims raised in this action. See Notice at 1. Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby **ORDERED**:

    1.    This case is **DISMISSED with prejudice.**

    2.    The Clerk of the Court is directed to close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 4th day of February, 2022.

                                                                                     _____
                                                                                     BRIAN J. DAVIS
                                                                                     United States District Judge

cs
Copies to:

Counsel of Record